429 A.2d 61

Gregory, Appellant v. Ameche et al.

Argued

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

560

March 18, 1980.  Thomas R. Wilson, for appellant;  Robert J. Shenkin, for appellees.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.